# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DARRYL BURGHARDT,<br><br>         Plaintiff,<br><br>   v.<br><br>L. BORGES, et al.,<br><br>         Defendants. | 1:17-cv-01433-AWI-GSA-PC<br><br>**ORDER ADOPTING FINDINGS AND RECOMMENDATIONS IN FULL**<br>**(ECF No. 32.)**<br><br>**ORDER DISMISSING CASE, WITH PREJUDICE, FOR FAILURE TO STATE A CLAIM**<br><br>**ORDER FOR CLERK TO CLOSE CASE** |

   Darryl Burghardt ("Plaintiff") is a state prisoner proceeding *pro se* and *in forma pauperis* with this civil rights action pursuant to 42 U.S.C. § 1983.  The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

   On January 26, 2021, findings and recommendations were entered, recommending that this case be dismissed based on Plaintiff's failure to state a claim upon which relief may be granted under § 1983. (ECF No. 32.)  On February 16, 2021, Plaintiff filed objections to the findings and recommendations.  (ECF No. 34.)

   In accordance with the provisions of 28 U.S.C. § 636 (b)(1)(B) and Local Rule 304, this court has conducted a *de novo* review of this case.  Having carefully reviewed the entire file,

1

including Plaintiff's objections, the court finds the findings and recommendations to be supported by the record and proper analysis.

Accordingly, **IT IS HEREBY ORDERED** that:

1. The findings and recommendations issued by the Magistrate Judge on January 26, 2021, are adopted in full;
2. This action is dismissed, with prejudice, based on Plaintiff's failure to state a claim upon which relief may be granted under § 1983; and
3. The Clerk of Court is directed to close this case.

IT IS SO ORDERED.

Dated: __April 13, 2021__                              _____
                                                                          SENIOR DISTRICT JUDGE